## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  15-cv-00988-MSK-MJW            FTR - Courtroom A-502

**Date:**   March 28, 2016                          Courtroom Deputy, Ellen E. Miller

*Parties*                                           *Counsel*

UNITED STATES OF AMERICA and                        Edwin G. Winstead, Jr.
THE STATE OF COLORADO                               Sam C. Cannon
*ex rel*
DAVID RIMLINGER,
TIFFANY SCHWANTES, and
NICOLE SCOTT,

      Plaintiff(s),

v.

HANLON BUSH INVESTMENTS, LLC,                       - - - -
d/b/a Rehabilitation and Nursing Center of the
Rockies,
TANYA DIAZ, individually,
LINDA DOLLAR, individually, and
ANTHONY HANLON, individually,

      Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER
### SEALED CASE

---

**HEARING**:   **STATUS CONFERENCE**
**Court in Session:**   9:24 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.

The Court raises United States' Unopposed Level 2 Restricted MOTION for Extension of Time to Consider Election to Intervene [Docket No. 19] for discussion.

**It is ORDERED:**    United States' Unopposed Level 2 Restricted MOTION FOR EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE [Docket No. 19, filed March 24, 2016] is **GRANTED** for reasons as set forth on the record. The deadline for United States to file any motion to intervene is **on or before   SEPTEMBER 29, 2016.**

**It is ORDERED:**   A   **STATUS CONFERENCE** is set  **SEPTEMBER 29, 2016 at 9:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Topics of discussion will include:
(1)   Status of criminal investigation
(2)   Status of United States' request to or not to intervene


Hearing concluded.

**Court in recess:**      9:35 a.m.
Total In-Court Time 00:11


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.